## RECONSIDERATION DOCKET

**00–266.   State v. Burnett.**
Hamilton App. No. C–981003. Reported at 93 Ohio St.3d 419, 755 N.E.2d 857. On motion for reconsideration. Motion denied.

**00–1405.   State ex rel. Stys v. Parma Community Gen. Hosp. Assn.**
In Mandamus. Reported at 93 Ohio St.3d 438, 755 N.E.2d 874. On motion for reconsideration. Motion denied.
   DOUGLAS and F.E. SWEENEY, JJ., dissent.

**01–1428.   Kniskern v. Amstutz.**
Cuyahoga App. No. 78407. Reported at 93 Ohio St.3d 1458, 756 N.E.2d 1235. On motion for reconsideration. Motion denied.

**01–1432.   McBroom v. Columbia Gas of Ohio, Inc.**
Franklin App. No. 00AP–1110. Reported at 93 Ohio St.3d 1458, 756 N.E.2d 1235. On motion for reconsideration. Motion denied.

**01–1440.   Halleen Chevrolet, Inc. v. Gen. Motors Corp.**
Franklin App. No. 00AP–1454. Reported at 93 Ohio St.3d 1459, 756 N.E.2d 1235. On motion for reconsideration. Motion denied.
   DOUGLAS and F.E. SWEENEY, JJ., dissent.

**01–1442.   State v. Gates.**
Cuyahoga App. No. 78120. Reported at 93 Ohio St.3d 1459, 756 N.E.2d 1235. On motion for reconsideration. Motion denied.

**01–1461.   Whittington v. Kudlapur.**
Hocking App. No. 01CA1. Reported at 93 Ohio St.3d 1464, 756 N.E.2d 1238. On motion for reconsideration. Motion denied.

**01–1470.   Rengan v. Rengan.**
Montgomery App. No. 18522. Reported at 93 Ohio St.3d 1464, 756 N.E.2d 1239. On motion for reconsideration. Motion denied.